IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ALLAN DALE FLOWERS, INDEPENDENT EXECUTOR OF THE ESTATE OF ELSIE CALDONIA FLOWERS, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO AUTO FINANCE, INC., and CSC CREDIT SERVICES, INC., <br><br> Defendants. | CASE NO. 4:08cv275 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER STAYING CASE AND REFERRING MATTER TO ARBITRATION

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 16, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Stay Proceedings and Compel Arbitration (Dkt. 5) be GRANTED, that Plaintiff's claims against Defendant be referred to arbitration, and that this case be stayed until the arbitration has been completed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions

of the court. Therefore, Defendant's Motion to Stay Proceedings and Compel Arbitration (Dkt. 5) is GRANTED. Further, Plaintiff's claims against Defendant are HEREBY referred to arbitration, and this case is STAYED until the arbitration has been completed.

**IT IS SO ORDERED.**

**SIGNED** this 12th day of October, 2008.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE